UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD JAMES CROMER,

                  Plaintiff,                  Case No. 1:07-cv-9

v.                                      Honorable Robert J. Jonker

MELINDA K. BRAMAN et al.,

                  Defendants.

_____/

In accordance with the Opinion entered this day:

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension of Time (docket # 43) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Enlargement of Time (docket #50) is **GRANTED** to the extent that the additional filings (docket ## 52, 54, 60 and 71) will be considered in determining Defendants' motions for summary judgment.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Amend Complaint (docket #62)  is **GRANTED** and his proposed amended complaint (docket #62-2) is allowed.

Dated:  February 1, 2008                  /s/ Hugh W. Brenneman, Jr.
                                          HUGH W. BRENNEMAN, JR.
                                          United States Magistrate Judge